# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of NEW YORK, ALBANY

IN RE: CARL CHRISTIANO,      CASE NO. 0513611
Loan No. 5000827334

## AGREEMENT TO REAFFIRM

WHEREAS, on the date of filing bankruptcy, Debtor(s) was indebted to CitiFinancial Mortgage Company (Lender) as evidenced by a promissory note and security agreement or sales contract dated 02/01/03, and upon which remains an unpaid principal balance of $65381.75 (Principal Balance does not include outstanding fees or escrow)..

WHEREAS, Debtor(s) desires to reaffirm said debt, notwithstanding Debtor(s) having filed a petition in this Court seeking discharge of this debt.

NOW THEREFORE Debtor(s) agrees:
That Debtor(s) shall pay to Lender the sum of $65381.75, (Principal Balance does not include outstanding fees or escrow), interest at the Note Rate in monthly installments of $536.99, the first installment being payable on 07/01/05 and all subsequent installments on the same day of each consecutive month until paid in full.

That upon Payment in full, Debtor(s) shall be released from further liability to Lender and Lender shall terminate any security interest it may have in the property of the Debtor(s).

That the rights, duties, and obligations of the Debtor(s) under this Agreement are subject to the provisions of applicable state laws and the original debt, contract or note terms and conditions.

**This Agreement may be rescinded at any time prior to discharge or within 60 days after it is filed with the Court, whichever occurs later, by sending a written statement to the CitiFinancial Mortgage Company, 1111 Northpoint Dr, Coppell, TX 75019. This agreement is voluntary and the Debtor(s) have been advised that it is not required under bankruptcy or non-bankruptcy law, or under any agreement not in accordance with the provisions of 11 USC section 524 (c.)(2)(B). If you do not cancel this Agreement, you will be bound by the terms and conditions of the original debt, contract or agreement described above.**

Debtor(s) agrees to appear before the Court at the discharge hearing (if required), and to notify Lender of the Court's disposition of this bankruptcy case and any subsequent decision by Debtor(s) to rescind.

III. Dated 06/13/05

_Carl Chris Liano_     6/26/05
Debtor                 Date

_Toni M. Christiano_     6/26/05
Debtor                 Date

                           7-7-05
                           Date      CitiFinancial Mortgage Company Inc.

RECEIVED & FILED
JUL 1 8 2005
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

### Debtor(s)' Attorney Declaration

The above Reaffirmation Agreement represents a fully informed and voluntary agreement by the debtor(s), does not impose an undue hardship upon the debtor(s) or a dependent(s) of the debtor(s) and I have fully advised the debtor(s) of the legal effect and consequences of this agreement and any default under such agreement.

6-27-05                          _[signature]_
Date                             Debtor(s) Attorney

### Order Approving Reaffirmation Agreement

The above Reaffirmation Agreement having come before this Court and the requirements of 11 USC Sec. 524 having been satisfied, BE IT ORDERED that the above Reaffirmation Agreement is hereby approved.

Date                             Bankruptcy Judge

6-62-D1 Rev. 03/05/04



# citi financial
## mortgage

**Bankruptcy Department**
1111 Northpoint Dr.
Coppell, TX  75019
888-407-0771

07/14/05

US BANKRUPTCY COURT
445 BROADWAY  SUITE 330
ALBANY          NY 12207

Re:   CARL    CHRISTIANO
      Case No. 0513611
      Account # **5000827334**

**RECEIVED & FILED**
**JUL 1 8 2005**
**OFFICE OF THE BANKRUPTCY CLERK**
**ALBANY, NY**

US Bankruptcy Court,

Enclosed please find three (3) copies of the signed Reaffirmation Agreement on the above referenced case.  Debtor's counsel and CitiFinancial Mortgage Company have approved this document.  Please file this document promptly with the Bankruptcy Court.

Please return one original, time-stamped copy to our office in the enclosed, self-addressed envelope.

Take note of our correspondence mailing address:

> CitiFinancial Mortgage Company
> Attn: Bankruptcy Department
> 1111 Northpoint Drive, #100
> Coppell, Texas 75019

Feel free to contact our office with any further questions.

Sincerely,

Bankruptcy Department
CitiFinancial Mortgage Company
888-407-0771

6-64-BK

A member of citigroup